UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMA K. ALI; BRAWLEY INSURANCE SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INTEGRATED BENEFITS ADMINISTRATORS, INC., *et al.*,<br><br>Defendants.<br>_____/ | CASE NO. 1:11-cv-01890-LJO-SMS<br><br>ORDER DENYING PLAINTIFF KARIMA ALI'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING KARIMA ALI TO FILE NEW IFP APPLICATION<br><br>(Doc. 2) |

By a motion filed November 14, 2011, Plaintiff Karima Ali sought to proceed *in forma pauperis*. Ms. Ali submitted an incomplete declaration that is not sufficient to make the showing required by 28 U.S.C. § 1915(a). First, Ms. Ali's application indicates that she is unemployed; has received no income of any kind within the last twelve months; has no cash, checking or savings account; has no property of value; and must support her husband, Hussein O. Ali. Her application is incomplete in that she failed to include the information requested at question 2b. regarding her former employment. In addition, the Court finds Plaintiff's claims that she supports herself and her husband without savings, assets, income, or support from any other source to strain credibility. If she elects to revise her application to proceed *in forma pauperis,* as this order permits her to do, she is directed to include a brief statement explaining how her family survives in view of her extraordinary poverty.

The Court's second concern is ambiguity regarding Ms. Ali's intent to include Plaintiff

1  Brawley Insurance Services, Inc., as part of her application to proceed *in forma pauperis*. A
2  corporation is not considered to be a person entitled to proceed *in forma pauperis* under 28
3  U.S.C. § 1915.  *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S.
4  194, 212 (1993).  Accordingly, even if Ms. Ali is eligible to proceed *in forma pauperis*, Brawley
5  Insurance Services will need to pay the filing fee.

6  In addition, a "corporation may appear in the federal courts only through licensed
7  counsel." *Id.* at 202.  *See also* Local Rule 83-183 (providing that a corporation or other entity
8  may appear only by an attorney).  A president or shareholder may not represent a corporation in
9  court but must retain appropriate licensed counsel. *United States v. High Country Broadcasting*
10 *Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993), *cert. denied*, 513 U.S. 826 (1994).  To proceed in
11 this matter, Brawley Insurance Services must retain an attorney.

12 Accordingly, the Court DENIES Ms. Ali's motion to proceed *in forma pauperis*.  Ms. Ali
13 may submit a new application to proceed *in forma pauperis* in accordance with this order within
14 thirty days.  If the Clerk does not receive either a revised *in forma pauperis* application nor the
15 filing fee within thirty days of this order, this case will be dismissed without prejudice for failure
16 to prosecute.

20 IT IS SO ORDERED.

21 **Dated:   November 23, 2011**               /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE