# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMA K. ALI; BRAWLEY INSURANCE SERVICES, INC., | CASE NO. 1:11-cv-01890-LJO-SMS |
| Plaintiffs, | |
| v. | ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |
| INTEGRATED BENEFITS ADMINISTRATORS, INC., *et al.*, | |
| Defendants. | (Doc. 3) |

On November 23, 2011, the Court entered an order denying Plaintiff's motion to proceed *in forma pauperis* and directing Plaintiff to file a new application to proceed in forma pauperis or to pay the filing fee for this case within thirty days. The order provided that, if the Clerk received neither a revised *in forma pauperis* application nor the filing fee within thirty days of the order, the case would be dismissed without prejudice for failure to prosecute.

Plaintiff failed to file an revised application to proceed *in forma pauperis* or to pay the filing fee. As such, this case is DISMISSED for failure to prosecute. Defendant Humana, Inc.'s motion to dismiss (Doc. 4) is rendered moot, and the corresponding hearing scheduled for January 30, 2012 is vacated. This Court will take no further action on the motion to dismiss and directs the clerk to close this action.

IT IS SO ORDERED.

**Dated:**   December 29, 2011            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE